**STATE OF MISSOURI on the relation of Nina B. AUSTIN, Appellant,**

v.

**MARYLAND CASUALTY COMPANY.**

No. 15866.

United States Court of Appeals
Eighth Circuit.

Sept. 4, 1957.

Whitson G. Rogers, Kansas City, Mo., for appellant.

Kemp, Koontz, Clagett & Norquist, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, on motion of appellee. D.C., 149 F.Supp. 702.

---

**F. B. DICKINSON & CO., a Co-partnership, et al., Appellants,**

v.

**UNITED STATES of America.**

No. 15808.

United States Court of Appeals
Eighth Circuit.

Sept. 16, 1957.

Peter W. Janss and John H. Neiman, Des Moines, Iowa, for appellants.

Roy L. Stephenson, U. S. Atty., Robert J. Spayde, and John C. Stevens, Asst. U. S. Attys., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by counsel for appellants. D.C., 147 F.Supp. 707.

---

**UNITED STATES of America Appellant,**

v.

**CHESTER B. BROWN CO.**

No. 15861.

United States Court of Appeals
Eighth Circuit.

Sept. 18, 1957.

William C. Spire, U. S. Atty., Omaha, Neb., for appellant.

Kenneth B. Holm, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by counsel for appellant. D.C., 152 F.Supp. 803.

---

**Edwin M. BROWNING**

v.

**C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 5623.

United States Court of Appeals
Tenth Circuit.

Sept. 5, 1957.

Thomas A. Cox, Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Dismissed on motion of appellee, on ground appeal is moot.